In the Matter of JOSEPH A. PALMA, Appellant and Respondent, against S. HOWARD COHEN et al., Constituting the Board of Elections of the City of New York, Respondent. BERTRAM G. EADIE, Respondent and Appellant.

Argued October 23, 1941; decided October 24, 1941.

*Herman Methfessel* for Joseph A. Palma, appellant and respondent.

*W. A. Smith* for Bertram G. Eadie, respondent and appellant.

*William C. Chanler, Corporation Counsel,* for Board of Elections of City of New York, respondent.

Order affirmed, without costs. While we differ from the Appellate Division in respect of its rulings upon some ballots, none the less we find 9,736 valid votes for Eadie and 9,722 valid votes for Palma. No opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ.